## 38384. AMERICAN CAN COMPANY v. MILLINE et al.

PER CURIAM.
Certiorari was granted to review the interpretation given to Code Ann. § 56-408.1 in *Milline v. American Can Co.,* 160 Ga. App. 752 (288 SE2d 71) (1981). Upon our review of the case it is the judgment of this court that the opinion of the Court of Appeals be affirmed.

*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 2, 1982.

*Robert R. Potter,* for appellant.
*Robert A. Elsner, Garett Backman,* for appellees.